Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>LEAH SPIEWAK<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-80527<br><br>Chapter: 13<br>Honorable Thomas M. Lynch |

## FINAL PRETRIAL ORDER

The following terms shall govern the future course of this proceeding. FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN WAIVER OF CLAIMS OR DEFENSES, DISMISSAL, DEFAULT, EXCLUSION OR ADMISSION OF EVIDENCE OR OTHER SANCTION, AS JUSTICE MAY REQUIRE.

UPON DUE NOTICE, the Court having held a Final Pretrial Conference on this date at which time all parties of record and their counsel appeared, all parties being afforded due and sufficient opportunity to present all matters necessary for the Court's consideration, and the Court being further advised in the premises;

IT IS HEREBY ORDERED that an evidentiary hearing with respect to RDG Fund-5 LNS LLC's Motion to Dismiss, or, in the Alternative, for Relief from the Automatic Stay, shall be held and conducted as follows:

1. Continuances. No continuance of the trial date or other relief from this Final Pretrial Order will be granted except for good cause shown.

2. Discovery. Discovery is closed.

3. Pleadings and Dispositive Motions. No party having requested leave to further plead or amend, the time to amend the pleadings is closed. No party having filed or requested leave to file potentially dispositive motions, the time to do so also is closed.

4. Exhibits. The parties having been instructed to exchange with one another all exhibits that they anticipate offering into evidence by September 6, 2018, no exhibits other than those exchanged may be introduced at trial, except for rebuttal purposes. The parties shall present to the court a list of each party's proposed exhibits before trial.

5. Witnesses. The parties having been instructed to identify to each other by September 6 all persons whom they anticipate calling to testify at trial. Any person not so identified may not be called, except for witnesses offered for rebuttal purposes. The parties shall present to the court a list of each party's witnesses before trial.

6. Motions In Limine. No motions in limine having been filed during the time permitted by the court, no such motion now will be entertained.

7. Stipulations. The parties filed their joint stipulations of fact on September 14, 2018.

8. Pretrial Statement. On September 14, 2018 (the "Final Filing Date"), each party filed a pretrial statement as previously instructed Pursuant those instructions, objections to exhibits not raised in the Pretrial Statements are hereby deemed waived.

9. Trial. After discussion with the parties, the Court has determined that a total of 5 hours will be allotted for the trial of this matter. This matter is set for trial to begin at 10:30 a.m. on September 25, 2018, at the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois, Courtroom 3100.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: SEP 1 8 2018

**Prepared by:**
Michelle G. Novick (# 6207045)
Sean P. Williams (# 6314275)
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288
michelle.novick@saul.com
sean.williams@saul.com

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
Tel: (630) 413-9054
jdavidson@sulaimanlaw.com